IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENRY DAVIS,<br><br>          Plaintiff,<br><br>vs.<br><br>VILLA SERVICES, CARIMO REAL ESTATE & VILLA RENTALS, EDWARD WACHS,<br><br>          Defendants. | 8:14CV137<br><br>**ORDER** |

During the conference call held today, the parties confirmed that jurisdictional discovery is now complete. Accordingly,

IT IS ORDERED:

1) The plaintiff's supplemental response to the defendants' motions to dismiss shall be filed on or before March 17, 2015.

2) Any reply by the defendants shall be filed on or before April 16, 2015.

3) The pending motions to dismiss shall be deemed fully submitted on April 17, 2015.

February 24, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge